# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

May 15, 2017

**Before**

MICHAEL S. KANNE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No. 15-1567 | |
| MANUEL PANTOJA, *Plaintiff-Appellee*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 1:13-cv-07667 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, *Defendant-Appellant*. | Robert W. Gettleman, *Judge*. |

**O R D E R**

On consideration of defendant-appellant Portfolio Recovery Associates, LLC's petition for rehearing and rehearing en banc, filed on April 26, 2017, no judge in active service has requested a vote on the petition for rehearing en banc, and all judges on the original panel have voted to deny the petition.

Accordingly, the petition for rehearing and rehearing en banc filed by defendant-appellant Portfolio Recovery Associates, LLC is DENIED.